*H. Lowndes Maury* for petitioner. *Mr. M. S. Gunn* for respondent.

---

No. 368. JEFFERY-DE WITT INSULATOR Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. F. M. Livezey* for petitioner. *Solicitor General Reed,* and *Messrs. A. H. Feller* and *Charles Fahy* for respondent.

---

No. 371. PACIFIC HOTEL APARTMENT Co. *v.* ARCADY-WILSHIRE Co. ET AL. October 18th, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lewis B. Randall* for petitioner. *Mr. Walter K. Tuller* for respondents.

---

No. 372. GRAVES ET AL. *v.* ELLIOTT ET AL. October 18, 1937. Petition for writ of certiorari to the Surrogates' Court of New York County, New York, denied. *Messrs. Henry Epstein* and *Mortimer M. Kassell* for petitioners. *Mr. Walter H. Merritt* for respondents.

---

No. 379. BRIARCLIFF INVESTMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Theodore B. Benson* and *Joseph R. Little* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Hugh B. Cox* for respondent.